## THIRD DEPARTMENT, JANUARY, 1927.

In the Matter of the Claim of GEORGE LIPCO, Respondent, against WHITE WRECKING COMPANY and Another, Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Appeal from an award of the State Industrial Board made on July 1, 1926.

PER CURIAM. There is no question of *res adjudicata* in this case. The employer's report and all evidence taken on all former hearings were before the Board at the time the award was made and are in the record. At the request of

---

*See Penal Law, § 484, subd. 1.— [REP.

employer's attorney the chairman admitted an affidavit of the employer stating that the average wage was from twenty-five dollars to twenty-eight dollars a week at the time of the accidental injury and thereupon the award appealed from was made. The award should be affirmed. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ. Award unanimously affirmed, with costs to the State Industrial Board.